# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE LEMPKE, Individually and as the Executrix of the Estate of ROBERT LEMPKE, deceased<br><br>        Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC, CO., et al.,<br><br>        Defendants. | CIVIL ACTION<br><br>No. 10-5380 |
| RENEE LEMPKE, Individually and as the Executrix of the Estate of ROBERT LEMPKE, deceased<br><br>        Plaintiff,<br><br>  v.<br><br>A.B. CHANCE CO., et al.,<br><br>        Defendants. | CIVIL ACTION<br><br>No. 10-5426 |

AND NOW, this 15th day of June, 2010, upon consideration of plaintiff's motions to remand, *see* Civil Action No. 10-5380, Docket No. 12; Civil Action No. 10-5426, Docket No. 12, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiff's motions are DENIED.

                                                    BY THE COURT

                                                    /s/ Louis H. Pollak
                                                    Pollak, J.