UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE LEMPKE, Individually and as the Executrix of the Estate of ROBERT LEMPKE, deceased<br><br>                Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC, CO., et al.,<br><br>                Defendants. | CIVIL ACTION<br><br>No. 10-5380 |
| RENEE LEMPKE, Individually and as the Executrix of the Estate of ROBERT LEMPKE, deceased<br><br>                Plaintiff,<br><br>  v.<br><br>A.B. CHANCE CO., et al.,<br><br>                Defendants. | CIVIL ACTION<br><br>No. 10-5426 |

### ORDER

**AND NOW**, this 23rd day of August, 2011, upon consideration of defendants' motions to transfer these actions to the Western District of Pennsylvania, *see* No. 10-5380, Docket No. 46; No. 10-5426, Docket No. 35, it is hereby **ORDERED** that defendants' motions are **GRANTED**. The Clerk shall transfer these actions to the Western District of Pennsylvania.

                                                                  BY THE COURT

                                                                  /s/ Louis H. Pollak  
                                                                  Pollak, J.